# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00382-CR

**Keith Balkissoon, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
NO. 11-1434-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING**

## O R D E R

On April 13, 2016, this Court rendered judgment modifying and affirming as modified appellant Keith Balkissoon's judgment of conviction for the felony offense of driving while intoxicated.[1] The initial deadline for filing a motion for rehearing was April 28, 2016.[2] Counsel for Balkissoon has now filed his third motion for extension of time to file a motion for rehearing, seeking an extension until Monday, July 25, 2016, for a total extension of 85 days. We grant counsel's motion. However, no further extensions will be granted.

---

[1] *See Balkissoon v. State*, No. 03-13-00382-CR, 2016 Tex. App. LEXIS 3744, at \*21 (Tex. App.—Austin Apr. 13, 2016, no pet. h.) (mem. op., not designated for publication).

[2] *See* Tex. R. App. P. 49.1.

_____

Bob Pemberton, Justice

Before Justices Pemberton, Goodwin, and Field

Filed:   July 13, 2016

Do Not Publish